UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:     MONTANNA WILLIAM SMITH              )
                                               )     CHAPTER 7
         DEBTOR.                               )     CASE NO. 24-50344

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, **MONTANNA WILLIAM SMITH,** by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed a petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by: **HARRISONBURG/ROCKINGHAM COUNTY GENERAL DISTRICT COURT, 53 COURT SQUARE, ROOM 132, HARRISONBURG, VA 22801-3700,** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of: **CALVARY SPV I, LLC, C/O LEVY LAW FIRM CO, LPA, 4452 CORPORATION LANE, STE. 315, VIRGINIA BEACH, VA 23462.**

4. The GARNISHEE is: **AMAZON.COM SERVICES, LLC, ATTN: PAYROLL, PO BOX 80726, SEATTLE, WA 98108;**

5. The creditor is attempting to garnish: **DEBTOR'S WAGES**.

WHEREFORE, your applicant prays that said garnishment be quashed and have such other and further relief as the nature of the case may require.

Date:   June 27, 2024                       Respectfully submitted,

                                            By: /s/ HEIDI SHAFER
                                                Counsel for Debtor

COX LAW GROUP, PLLC
900 LAKESIDE DRIVE, SUITE A
LYNCHBURG, VA 24501
(434) 845-2600                              Certificate of Service

I certify on June 27, 2024 I have sent by postage prepaid, first class U.S. Mail this pleading to the Debtor; the Garnishee: **AMAZON.COM SERVICES, LLC, ATTN: PAYROLL, PO BOX 80726, SEATTLE, WA 98108;** the Court: **HARRISONBURG/ROCKINGHAM COUNTY GENERAL DISTRICT COURT, 53 COURT SQUARE, ROOM 132, HARRISONBURG, VA 22801-3700;** and the Creditor: **CALVARY SPV I, LLC, C/O LEVY LAW FIRM CO, LPA, 4452 CORPORATION LANE, STE. 315, VIRGINIA BEACH, VA 23462.**

                                            /s/ HEIDI SHAFER
                                            Counsel for Debtor